UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:07-CR-142-1D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DORSEY D. DUDLEY | ORDER TO SEAL |

On motion of the Defendant, Dorsey D. Dudley, and for good cause shown, it is hereby ORDERED that the **[DE 45]** be sealed until further notice by this Court.

IT IS SO ORDER.

This  1  day of  May  2016.

_____
JAMES C. DEVER, III
Chief United States District Judge